DOROTHY TISI, Respondent, *v.* NICOLAS TISI, Appellant.

Submitted October 6, 1952; decided October 9, 1952.

*Garry G. Blaustein* for motion.

*Bernard Meyerson* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.